UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Patrick Stone, | Case No. 20-cv-0669 (WMW/BRT) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Andrew Davis, J. Matthew Linstroth, and Katz & Stefani, LLC, | |
| Defendants. | |

---

This matter is before the Court on the May 12, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson. (Dkt. 30.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

## ORDER

Based on the R&R, all the files, record, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The May 12, 2020 R&R, (Dkt. 30), is **ADOPTED**.

2. This matter is **TRANSFERRED** to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1406(a).

Dated: June 15, 2020

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge